IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WALTER C. SPRAGGINS,**

    **Plaintiff,**

vs.                                      **CASE NO. 3:12-cv-12/RS-CJK**

**WALTON COUNTY, et al.,**

    **Defendants.**

_____ /

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6) and Plaintiff's Memorandum of Law and Rebuttal (Doc. 7). I have considered Plaintiff's objections de novo.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's federal claims are **DISMISSED** on jurisdictional, comity and abstention principles.

3. Plaintiff's state law claims are **DISMISSED without prejudice**.

4. The clerk is directed to close the file.

**ORDERED** on March 21, 2012.

                                                           /S/ Richard Smoak  
                                                           **RICHARD SMOAK**  
                                                           **UNITED STATES DISTRICT JUDGE**